IN THE SUPREME COURT OF THE STATE OF NEVADA

RUSSELL APTS., LLC, D/B/A VIVIANI, A DOMESTIC LIMITED LIABILITY COMPANY; OVATION BUSINESS SERVICES, D/B/A OVATION PROPERTY MANAGEMENT, A DOMESTIC CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JESSICA K. PETERSON, DISTRICT JUDGE,
Respondents,
and
LISA ANN DAVIS, AN INDIVIDUAL; AND SIDNEY DAVIS, AN INDIVIDUAL,
Real Parties in Interest.

No. 83826

FILED

JUN 17 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF PROHIBITION OR MANDAMUS

This original petition for a writ of prohibition or mandamus challenges a district court order denying a motion in limine to limit expert witness testimony in a torts matter. Having considered the petition and supporting documents, we are not convinced that petitioners have met their burden of demonstrating that our extraordinary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (observing that "the issuance of a writ of mandamus or prohibition is purely discretionary with this court"). Generally, we will not consider writ petitions challenging admissibility

22-19210

determinations, and we are not persuaded that any exception to the general rule applies here. *See Williams v. Eighth Judicial Dist. Court*, 127 Nev. 518, 524-25, 262 P.3d 360, 364-65 (2011) (outlining exceptions to the general rule against entertaining admissibility-related writ petitions). We therefore,

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Pickering

_____, Sr.J.
Gibbons

cc: Hon. Jessica K. Peterson, District Judge
    Hall Jaffe & Clayton, LLP
    Mainor Wirth
    Eighth District Court Clerk

_____

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.